RETURN OF SERVICE
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN M. and
JANELLE R. PAVEY

Case No. CIV S-11-1477 GEB DADPS

**Plaintiff,**

Vs.

RECONTRUST COMPANY, N.A.,
and DOES 1 through 10,

**Defendants**

**FILED**

JUN 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Jeffrey Berke, of full age, on his oath deposes and says.

1. I am a Registered Process Server, duly authorized by the State of California to serve Process. Registration Number 414. Address 2551 Galena Ave # 1862 Simi Valley CA 93062. On 06/08/2011 at 1:00pm I Received ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE. To be served on **RECONTRUST COMPANY, N.A.**

2. I an unrelated to any of the parties named herein and have no interest in the outcome.

3. On 06/08/2011 at 3:18 PM, I did serve said ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE. Upon **RECONTRUST COMPANY, N.A.**, By handing and leaving a true and correct copy with **Hector Duran** as Litigation. Specialist Authorized to Accept Service of Process I advised him of the Nature thereof. Where served: 30870 Russell Ranch Road Westlake Village CA 91361

_____  6-08-2011
Jeffrey Berke          Date