**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Michael J. Peng, California Bar No. 260852
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
Email:          hicksa@bryancave.com
                pengm@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  310-576-2100
Facsimile:  310-576-2200
Email:      reboone@bryancave.com

Attorneys for Defendant
RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN M & JANELLE R PAVEY,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONSTRUCT COMPANY, N.A., and DOES 1 through 10,<br><br>Defendants. | Case No. 2:11-cv-1477-GEB-DAD-PS<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:    June 1, 2011<br>Trial Date:         Not Yet Assigned<br>Judge:              Hon. Dale A. Drozd |

SF01DOCS\35823.3

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

# CERTIFICATE OF SERVICE

   I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: Two Embarcadero Center, Suite 1410, San Francisco, CA  94111, and my email address is: malou.sana@bryancave.com.

   On July 15, 2011, I caused to be served on the interested parties in said action the within:

**NOTICE OF MOTION AND MOTION OF DEFENDANT RECONTRUST COMPANY, N.A.'S TO DISMISS PLAINTIFFS' COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(f)**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

by placing a true copy thereof in a sealed envelope addressed as follows:

Brian M & Janelle R Pavey
103 McCormick Court
Folsom, CA  95630


   [ X ]  **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   [ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

   [ ]  **BY PERSONAL DELIVERY** - I hand delivered the documents via Western Messenger to party by close of business day today.

   [ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated.  Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s).  I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

35823.3

CERTIFICATE OF SERVICE, Case No: 2:11-CV-1477-GEB-DAD-PS

1    Executed on July 15, 2011, at San Francisco, California.

2

3

4    Marilou P. Sana

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

35823.3

CERTIFICATE OF SERVICE, Case No: 2:11-CV-1477-GEB-DAD-PS