IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN M. and JANELLE R. PAVEY,

    Plaintiffs,

vs.

RECONTRUST COMPANY, N.A., and DOES 1 through 10,

    Defendants.

No. CIV S-11-1477 GEB DAD PS

ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE

/

    On August 26, 2011, the court heard argument on defendant's properly noticed motion to strike portions of plaintiffs' complaint and motion to dismiss the complaint.[1] The motions were taken under submission and written findings and recommendations will be issued in due course .

    Good cause appearing, IT IS ORDERED that the Status (Pretrial Scheduling) Conference set in this matter for **October 7, 2011** is vacated, and the parties are not required to file status reports.

DATED: August 26, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\pavey1477.ovsc

---

[1] The pro se plaintiffs failed to appear at the hearing.