IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN M. PAVEY and
JANELLE PAVEY,

        Plaintiffs,

   v.

RECONTRUST COMPANY N.A.,

        Defendant.
                              /

No. CIV S-11-1477 GEB DAD PS

ORDER

        Plaintiffs, who reside in Folsom, California, are proceeding with this action pro se. Plaintiffs have requested permission to file documents electronically in this case.

        Although the Eastern District of California is an electronic filing district, unrepresented persons are required to file and serve paper documents unless the court grants leave to file electronically. Local Rule 133(a) & (b)(2). A request to use electronic filing as an exception to the rule may be made in writing with an explanation of the reasons for the requested exception. Local Rule 133(b)(3). Here, plaintiffs have made a written request for an exception to the rule for the purpose of saving time and money.

        Plaintiffs are required to file a declaration signed by both of them in which they declare under penalty of perjury that they have investigated this court's electronic filing requirements, have all necessary hardware and software, and will comply with all requirements

1

1  concerning electronic filing in this court.  General information is available on the following
2  website: http://www.uscourts.gov/.  For additional information, plaintiffs may contact Keith
3  Holland, Operations Manager for the United States District Court for the Eastern District of
4  California, at (916) 930-4078.
5         Plaintiffs are cautioned that if their request is granted, they must immediately
6  register to file documents electronically through ECF.  See Local Rule 101 (defining "E-Filing
7  Registration").  "E-Filing registration also acts as a consent to service by electronic means during
8  the course of an action."  Id.  Thus, if plaintiffs are granted leave to file electronically, they must
9  file all documents in this case electronically, and all court orders and documents filed by
10 defendant will be served on plaintiffs electronically.  Until plaintiffs have been granted leave to
11 use electronic filing, their communication with the court must be by means of paper documents
12 filed in accordance with Local Rule 133.
13        If plaintiffs file a satisfactory declaration in which they agree to comply with the
14 court's requirements for electronic filing, the undersigned will grant plaintiffs' request.  Plaintiffs
15 are cautioned that one party proceeding pro se may not represent another party proceeding pro se.
16 Local Rule 183.  Thus, each document submitted for filing, whether electronically or in paper
17 format, must bear the signatures of both plaintiffs.
18        Accordingly, IT IS HEREBY ORDERED that plaintiffs are granted twenty-one
19 days from service of this order to file, in paper format, the declaration described in the text of this
20 order, if they wish to agree to the court's requirements for electronic filing.
21 DATED: September 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\pavey1477.req.ecf