IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN M. PAVEY and
JANELLE PAVEY,

        Plaintiffs,

  v.

RECONTRUST COMPANY N.A.,

        Defendant.
                                     /

No. CIV S-11-1477 GEB DAD PS

ORDER

Pursuant to the court's order filed September 13, 2011 (Doc. No. 24), plaintiffs have filed a declaration in support of their motion for permission to file electronically as an exception to Local Rule 133(b)(2). Plaintiffs state that they have investigated this court's electronic filing requirements, have the necessary computer hardware and software, and will comply with all requirements for electronic filing in this court. Plaintiffs' motion to file electronically (Doc. No. 23) is granted, and plaintiffs shall register to file electronically forthwith.

        IT IS SO ORDERED.

DATED: September 20, 2011.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\pavey1477.gr.motecf