IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. and JANELLE R. PAVEY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>RECONTRUST COMPANY, N.A., and DOES 1-10,<br><br>　　　　　Defendants. | 2:11-cv-01477-GEB-DAD<br><br>ORDER |

　　　　　Plaintiffs' "1st [Amended] Complaint," "Request for Initial Disclosures," "Objection to Non-Judicial Decision Making," and "Objection to Oral Argument," filed on May 3, 2012 (ECF Nos. 30, 30-1, 30-2, 30-3), are stricken since judgment was entered in Defendant Recontrust Company, N.A.'s favor on March 5, 2012. This action is closed.

Dated: May 8, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge